**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>ADOBE SYSTEMS, INC.<br>APPLE INC.,<br>GOOGLE INC.,<br>INTEL CORPORATION,<br>INTUIT, INC., and<br>PIXAR<br><br>　　　　　*Defendants.* | Case: 1:10-cv-01629 (CKK) |

**REPORT AND CERTIFICATION OF COMPLIANCE
WITH SECTION 2(g) OF THE ANTITRUST PROCEDURES AND
PENALTIES ACT ON BEHALF OF PIXAR**

Pixar hereby submits its report and certification pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), describing covered written or oral communications by or on behalf of Pixar with any officer or employee of the United States concerning or relevant to the Proposed Final Judgment in this matter filed on September 24, 2010 ("Proposed Final Judgment").

**I.     Description**

On September 13, 2010, counsel of record to Pixar and Kenneth E. Newman, Senior Vice President, Eastern Regional Counsel and Assistant Secretary, The Walt Disney Company, met with employees of the Department of Justice Antitrust Division to discuss the terms of the Proposed Final Judgment.

<u>On Behalf of Pixar</u>

Thomas O. Barnett, Covington & Burling LLP
Deborah A. Garza, Covington & Burling LLP
Kenneth E. Newman, The Walt Disney Company

<u>On behalf of the United States Department of Justice Antitrust Division</u>

Molly S. Boast, Acting Assistant Attorney General
Joseph J. Matelis, Counsel to the Assistant Attorney General
J. Robert Kramer II, Director of Operations
Shana Wallace, Special Assistant in Operations
James J. Tierney, Chief, Networks and Technology Section
Scott A. Scheele, Assistant Chief, Networks and Technology Section
Jessica N. Butler-Arkow, Attorney, Networks and Technology Section
Ryan S. Struve, Attorney, Networks and Technology Section
Adam T. Severt, Attorney, Networks and Technology Section
Courtney Ferguson, Paralegal, Networks and Technology Section

**II.   Certification**

Pixar certifies that this submission is a true and complete description of communications required to be disclosed under 15 U.S.C. § 16(g) known to Pixar or which Pixar reasonably should have known.

        Respectfully submitted,

        /s/ Brian E. Foster

        Deborah A. Garza (D.C. Bar No. 359259)
        Brian E. Foster (D.C. Bar. No. 988311)
        Covington & Burling LLP
        1201 Pennsylvania Avenue, NW
        Washington, D.C. 20004
        Tel: (202) 662-5146
        Fax: (202) 778-5146
        Email: dgarza@cov.com
        *Counsel for Pixar*

Dated:  October 4, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2010, I filed the foregoing Report and Certification of Compliance with Section 2(g) of the Antitrust Procedures and Penalties Act via the Court's CM/ECF system, which will send notification of the filing to the following registered user:

Ryan Struve
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 7100
Washington, D.C. 20530
Email: ryan.struve@usdoj.gov

/s/ Brian E. Foster
Brian E. Foster
