UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>                 v.<br><br>Adobe Systems Inc.,<br>Apple Inc.,<br>Google Inc.,<br>Intel Inc.,<br>Intuit Inc., and<br>Pixar,<br><br>                     Defendants. | Case No. 1:10-cv-01629 |

**REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF INTEL CORPORATION**

     Pursuant to 15 U.S.C. § 16(g), defendant Intel Corporation reports that it has had no written or oral communications with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed on September 24, 2010, other than communications made by counsel of record alone with employees of the Department of Justice alone.

     Intel certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g).

Date: October 4, 2010

                                                                       Respectfully submitted,

                                                                       _____
                                                                       Leon B. Greenfield
                                                                       Wilmer Cutler Pickering Hale and Dorr LLP
                                                                       1875 Pennsylvania Avenue, NW
                                                                       Washington, DC 20006
                                                                       202-663-6972 (direct line)
                                                                       202-663-6363 (fax)

                                                                       For Defendant Intel Corporation