**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ADOBE SYSTEMS, INC.;<br>APPLE INC.;<br>GOOGLE INC.;<br>INTEL CORPORATION;<br>INTUIT, INC. AND<br>PIXAR,<br><br>*Defendants* | Case No. 1:10-cv-01629 (CKK) |

**DEFENDANT GOOGLE INC.'S DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(G)**

As required by 15 U.S.C. § 16(g), defendant Google Inc. submits the following descriptions of "any and all written or oral communications by or on behalf of" Google "with any officer or employee of the United States concerning or relevant to" the Proposed Final Judgment filed in this action on September 24, 2010. This description excludes only "communications made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. § 16(g).

To the best of Google's knowledge, after appropriate inquiry, there have been no such communications. Accordingly, Google certifies that this submission is a true and complete description of such communications known to Google and that, with this submission, it has complied with 15 U.S.C. § 16(g).

Dated this 4th day of October 2010.

                                        Respectfully submitted,

                                            ___s/ Mark Leddy_____
                                            Mark Leddy, Esq. (DC Bar # 404833)
                                            Leah Brannon, Esq. (DC Bar # 467359)
                                            Cleary Gottlieb Steen & Hamilton LLP
                                            2000 Pennsylvania Avenue, N.W.
                                            Washington, DC 20006
                                            Telephone: (202) 974-1570
                                            Fax: (202) 974-1999
                                            Email: mleddy@cgsh.com

                                            Dana R. Wagner, Esq.
                                            Google Inc.
                                            1600 Amphitheatre Parkway
                                            Mountain View, CA 94043
                                            (650) 253-0000

                                            Kevin Yingling, Esq. (DC Bar # 497963)
                                            Google Inc.
                                            1101 New York Avenue, N.W.
                                            Washington, DC 20005
                                            (202) 346-1100

                                            *Counsel for Google Inc.*

## **CERTIFICATE OF SERVICE**

I, Christina C. Castedo, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 4, 2010, a copy of Defendant Google Inc.'s Description of Written or Oral Communications Concerning the Proposed Final Judgment and Certification of Compliance Under 15 U.S.C. § 16(G) was served by electronic transmission through the Court's CM/ECF on the following party:

> Ryan Scott Struve
> UNITED STATES DEPARTMENT OF JUSTICE
> Antitrust Division
> 450 5th Street, NW
> Washington, DC 20530
> ryan.struve@usdoj.gov

and was served by U.S. mail, first-class postage prepaid, on the following parties:

> Craig A. Waldman
> JONES DAY
> 555 California Street, 26th Floor
> San Francisco, CA 94104

> Richard Parker
> O'MELVENY & MYERS LLP
> 1625 Eye Street, NW
> Washington, DC 20006

> Leon B. Greenfiled
> WILMERHALE LLP
> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006

        Joe Sims
        JONES DAY
        51 Louisiana Avenue, NW
        Washington, DC 20001

        Deborah A. Garza
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue, NW
        Washington, DC 20004

Dated: October 4, 2010                                  s/ Christina C. Castedo
                                                                 Christina C. Castedo