**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>ADOBE SYSTEMS, INC.,<br><br>APPLE INC.,<br><br>GOOGLE INC.,<br><br>INTEL CORPORATION,<br><br>INTUIT, INC., AND<br><br>PIXAR,<br><br>　　　　　*Defendants.* | Case No. 1:10-cv-01629 (CKK) |

**REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT**
**REQUIREMENTS ON BEHALF OF DEFENDANT APPLE INC.**

　　　Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16 (the "Tunney Act"), Defendant Apple Inc. ("Apple"), by its attorneys, hereby submits the following description and certification of all written or oral communications by or on behalf of Apple with any officer or employee of the United States concerning or relevant to the Proposed Final Judgment filed with this Court on September 24, 2010.  In accordance with Section 2(g), this description excludes any communications made by outside counsel alone with the Attorney General or the employees of the Department of Justice alone.

　　　Defendant Apple hereby certifies that to the best of Apple's knowledge, after appropriate inquiry, it has no such communications to report.  Apple certifies that this submission is a true and complete description of such communications known to Apple or which Apple reasonably should have known and that with this filing Apple has satisfied the requirements of 15 U.S.C. §16 (g).

- 2 -

Dated:  October 4, 2010    Respectfully submitted,


By: /s/ Richard G. Parker

RICHARD G. PARKER   (D.C. Bar No. 327544)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Email:  rparker@omm.com

*Counsel for Defendant APPLE INC.*

**CERTIFICATE OF SERVICE**

I, Micah W.J. Smith, hereby certify that on October 4, 2010, I filed the foregoing Report and Certification of Compliance with the Tunney Act Under 15 U.S.C. § 16(g) by electronic transmission through the Court's CM/ECF on the following party:

Ryan Scott Struve
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W., Suite 7100
Washington, D.C. 20530
Email: ryan.struve@usdoj.gov

      /s/ Micah W.J. Smith
           Micah W.J. Smith