# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No. 1:10-cv-01629 |
| ) | |
| v. ) | Filed: Sept. 24, 2010 |
| ) | |
| ) | Judge: Kollar-Kotelly, Colleen |
| ADOBE SYSTEMS, INC.; ) | |
| APPLE INC.; ) | Description: Antitrust |
| GOOGLE, INC.; ) | |
| INTEL CORPORATION; ) | |
| INTUIT, INC.; and ) | |
| PIXAR ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and parties of record:

Please note my appearance as counsel for defendant Adobe Systems, Inc. in the above-captioned case.

    Respectfully submitted,


    /s/ Adrian Wager-Zito_____

    Adrian Wager-Zito, Esq.
    D.C. Bar No. 413287
    JONES DAY
    51 Louisiana Ave. NW
    Washington, D.C. 20001
    Telephone: (202) 879-3939
    Fax: (202) 626-1700
    Email: adrianwagerzito@jonesday.com

- 2 -

        Craig A. Waldman, Esq.
        JONES DAY
        555 California Street, 26th Floor
        San Francisco, CA 94104
        Telephone: (415) 626-3939
        Fax: (415) 963-6813
        Email: cwaldman@jonesday.com

        *Counsel for Adobe Systems, Inc.*

October 4, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Notice of Appearance was served electronically by means of the Court's ECF system and by first-class mail this fourth day of October 2010 upon each of the parties listed below:

FOR THE UNITED STATES
Ryan Struve, Esq.
Trial Attorney
Networks & Technology Section
U.S. Department of Justice
Antitrust Division
450 5th St., NW
Washington, DC  20530
Telephone: (202) 307-6200
Facsimile: (202) 616-8544
Email: ryan.struve@usdoj.gov

FOR DEFENDANT APPLE INC.
Richard Parker, Esq.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 383-5380
Fax:  (202) 383-5414
Email: rparker@omm.com

FOR DEFENDANT GOOGLE INC.
Mark Leddy, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 974-1570
Fax:  (202) 974-1999
Email:  mleddy@cgsh.com

FOR DEFENDANT INTEL CORPORATION
Leon B. Greenfield, Esq.
WilmerHale
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6972
Fax:  (202) 663-6363
Email:  Leon.Greenfield@wilmerhale.com

- 2 -

FOR DEFENDANT INTUIT, INC.
Joe Sims, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 879-3863
Fax:  (202) 626-1700
Email:  jsims@jonesday.com

FOR DEFENDANT PIXAR
Deborah A. Garza, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-5146
Fax:  (202) 778-5146
Email:  dgarza@cov.com

    /s/ Adrian Wager-Zito

Adrian Wager-Zito, Esq.
D.C. Bar No. 413287
JONES DAY
51 Louisiana Ave. NW
Washington, D.C.  20001
Telephone: (202) 879-3939
Fax: (202) 626-1700
Email: adrianwagerzito@jonesday.com

*Counsel for Adobe Systems, Inc.*