# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 1:10-cv-01629 |
| | ) | |
| v. | ) | Filed: Sept. 24, 2010 |
| | ) | |
| | ) | Judge: Kollar-Kotelly, Colleen |
| ADOBE SYSTEMS, INC.; | ) | |
| APPLE INC.; | ) | Description: Antitrust |
| GOOGLE, INC.; | ) | |
| INTEL CORPORATION; | ) | |
| INTUIT, INC.; and | ) | |
| PIXAR | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| | ) | |

### DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g) BY ADOBE SYSTEMS, INC.

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), defendant Adobe Systems, Inc. ("Adobe"), by its attorneys, submits this pleading to describe all written or oral communications by or on behalf of Adobe with any officer or employee of the United States concerning the proposed Final Judgment filed in this action on September 24, 2010. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. § 16(g).

To the best of Adobe's knowledge, after appropriate inquiry, there have been no written or oral communications by or on behalf of Adobe with any officer or employee of the United States concerning the proposed Final Judgment, except for communications between counsel of record for Adobe and employees of the Department of Justice Antitrust Division. Adobe

therefore certifies that the requirements of Section 2(g) have been complied with and that this description of communications by or on behalf of Adobe and required to be reported under Section 2(g) is true and complete.

        Respectfully submitted,

        /s/ Adrian Wager-Zito

        Adrian Wager-Zito, Esq.
        D.C. Bar No. 413287
        JONES DAY
        51 Louisiana Ave. NW
        Washington, D.C. 20001
        Telephone: (202) 879-3939
        Fax: (202) 626-1700
        Email: adrianwagerzito@jonesday.com

| | |
|---|---|
| Karen Cottle, Esq. | Craig A. Waldman, Esq. |
| ADOBE SYSTEMS, INC. | JONES DAY |
| 345 Park Avenue | 555 California Street, 26th Floor |
| San Jose, CA 95110 | San Francisco, CA 94104 |
| (408) 536-6000 | Telephone: (415) 626-3939 |
| | Fax: (415) 963-6813 |
| | Email: cwaldman@jonesday.com |

*Counsel for Adobe Systems, Inc.*

October 4, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Description of Written or Oral Communications Concerning the Proposed Final Judgment in This Action and Certification of Compliance Under 15 U.S.C. § 16(g) by Adobe Systems, Inc. was served electronically by means of the Court's ECF system and by first-class mail this fourth day of October 2010 upon each of the parties listed below:

FOR THE UNITED STATES
Ryan Struve, Esq.
Trial Attorney
Networks & Technology Section
U.S. Department of Justice
Antitrust Division
450 5th St., NW
Washington, DC  20530
Telephone: (202) 307-6200
Facsimile: (202) 616-8544
Email: ryan.struve@usdoj.gov

FOR DEFENDANT APPLE INC.
Richard Parker, Esq.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 383-5380
Fax:  (202) 383-5414
Email: rparker@omm.com

FOR DEFENDANT GOOGLE INC.
Mark Leddy, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 974-1570
Fax:  (202) 974-1999
Email:  mleddy@cgsh.com

FOR DEFENDANT INTEL CORPORATION
Leon B. Greenfield, Esq.
WilmerHale
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6972
Fax:  (202) 663-6363
Email:  Leon.Greenfield@wilmerhale.com

FOR DEFENDANT INTUIT, INC.
Joe Sims, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 879-3863
Fax:  (202) 626-1700
Email:  jsims@jonesday.com

FOR DEFENDANT PIXAR
Deborah A. Garza, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-5146
Fax:  (202) 778-5146
Email:  dgarza@cov.com

  /s/ Adrian Wager-Zito_____

Adrian Wager-Zito, Esq.
D.C. Bar No. 413287
JONES DAY
51 Louisiana Ave. NW
Washington, D.C.  20001
Telephone: (202) 879-3939
Fax: (202) 626-1700
Email: adrianwagerzito@jonesday.com

*Counsel for Adobe Systems, Inc.*