# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>ADOBE SYSTEMS, INC.; )<br>APPLE INC.; )<br>GOOGLE, INC.; )<br>INTEL CORPORATION; )<br>INTUIT, INC.; and )<br>PIXAR )<br>)<br>*Defendants*. )<br>)<br>) | Civil Action No. 1:10-cv-01629<br><br>Filed: Sept. 24, 2010<br><br>Judge: Kollar-Kotelly, Colleen<br><br>Description: Antitrust |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and parties of record:

Please note my appearance as counsel for defendant Intuit, Inc. in the above-captioned case.

Respectfully submitted,

_____/s/\_Joe Sims_____
Joe Sims, Esq. (D.C. Bar No. 962050)
Margaret Ward, Esq. (D.C. Bar No. 464508)
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3863
Fax: (202) 626-1700
Email: jsims@jonesday.com
*Counsel for Intuit, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Notice of Appearance was served electronically by means of the Court's ECF system and by first-class mail this fourth day of October 2010 upon each of the parties listed below:

FOR THE UNITED STATES
Ryan Struve, Esq.
Trial Attorney
Networks & Technology Section
U.S. Department of Justice
Antitrust Division
450 5th St., NW
Washington, DC  20530
Telephone: (202) 307-6200
Facsimile: (202) 616-8544
Email: ryan.struve@usdoj.gov

FOR DEFENDANT ADOBE SYSTEMS, INC.
Craig A. Waldman, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Fax: (415) 963-6813
Email: cwaldman@jonesday.com

FOR DEFENDANT APPLE INC.
Richard Parker, Esq.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 383-5380
Fax:  (202) 383-5414
Email: rparker@omm.com

FOR DEFENDANT GOOGLE INC.
Mark Leddy, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 974-1570
Fax:  (202) 974-1999
Email:  mleddy@cgsh.com

FOR DEFENDANT INTEL CORPORATION
Leon B. Greenfield, Esq.
WilmerHale
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6972
Fax:  (202) 663-6363
Email:  Leon.Greenfield@wilmerhale.com

FOR DEFENDANT PIXAR
Deborah A. Garza, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-5146
Fax:  (202) 778-5146
Email:  dgarza@cov.com

  /s/ Joe Sims_____
Joe Sims, Esq.
D.C. Bar No. 962050
Jones Day
51 Louisiana Ave. NW
Washington, D.C.  20001
Telephone: (202) 879-3863
Fax: (202) 626-1700
Email: jsims@jonesday.com

*Counsel for Intuit, Inc.*