**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No. 1:10-cv-01629 |
| ) | |
| v. ) | Filed: Sept. 24, 2010 |
| ) | |
| ) | Judge: Kollar-Kotelly, Colleen |
| ADOBE SYSTEMS, INC.; ) | |
| APPLE INC.; ) | Description: Antitrust |
| GOOGLE, INC.; ) | |
| INTEL CORPORATION; ) | |
| INTUIT, INC.; and ) | |
| PIXAR ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**DEFENDANT INTUIT, INC.'S DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(G)**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), defendant Intuit, Inc. ("Intuit"), by its attorneys, submits this pleading to describe all written or oral communications by or on behalf of Intuit with any officer or employee of the United States concerning the proposed Final Judgment filed in this action on September 24, 2010. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. § 16(g).

To the best of Intuit's knowledge, after appropriate inquiry, there have been no written or oral communications by or on behalf of Intuit with any officer or employee of the United States concerning the proposed Final Judgment, except for communications between counsel

of record for Intuit and employees of the Department of Justice's Antitrust Division. Intuit therefore certifies that the requirements of Section 2(g) have been complied with and that this description of communications by or on behalf of Intuit and required to be reported under Section 2(g) is true and complete.

Dated this 4th day of October 2010.

                                            Respectfully submitted,

                                      _____/s/_Joe Sims_____
                                      Joe Sims, Esq. (D.C. Bar No. 962050)
                                      Margaret Ward, Esq. (D.C. Bar No. 464508)
                                      Jones Day
                                      51 Louisiana Avenue, N.W.
                                      Washington, DC 20001
                                      Telephone: (202) 879-3863
                                      Fax: (202) 626-1700
                                      Email: jsims@jonesday.com

                                      *Counsel for Intuit, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Description of Written or Oral Communications Concerning the Proposed Final Judgment in This Action and Certification of Compliance Under 15 U.S.C. § 16(g) by Intuit, Inc. was served electronically by means of the Court's ECF system and by first-class mail this fourth day of October 2010 upon each of the parties listed below:

>FOR THE UNITED STATES
>Ryan Struve, Esq.
>Trial Attorney
>Networks & Technology Section
>U.S. Department of Justice
>Antitrust Division
>450 5th St., NW
>Washington, DC  20530
>Telephone: (202) 307-6200
>Facsimile: (202) 616-8544
>Email: ryan.struve@usdoj.gov
>
>FOR DEFENDANT ADOBE SYSTEMS, INC.
>Craig A. Waldman, Esq.
>Jones Day
>555 California Street, 26th Floor
>San Francisco, CA 94104
>Telephone: (415) 626-3939
>Fax: (415) 963-6813
>Email: cwaldman@jonesday.com
>
>FOR DEFENDANT APPLE INC.
>Richard Parker, Esq.
>O'Melveny & Myers LLP
>1625 Eye Street, N.W.
>Washington, D.C.  20006
>Telephone:  (202) 383-5380
>Fax:  (202) 383-5414
>Email: rparker@omm.com

FOR DEFENDANT GOOGLE INC.
Mark Leddy, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 974-1570
Fax:  (202) 974-1999
Email:  mleddy@cgsh.com

FOR DEFENDANT INTEL CORPORATION
Leon B. Greenfield, Esq.
WilmerHale
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6972
Fax:  (202) 663-6363
Email:  Leon.Greenfield@wilmerhale.com

FOR DEFENDANT PIXAR
Deborah A. Garza, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-5146
Fax:  (202) 778-5146
Email:  dgarza@cov.com

  /s/ Joe Sims_____
Joe Sims, Esq.
D.C. Bar No. 962050
Jones Day
51 Louisiana Ave. NW
Washington, D.C.  20001
Telephone: (202) 879-3863
Fax: (202) 626-1700
Email: jsims@jonesday.com

*Counsel for Intuit, Inc.*