# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case: 1:10-cv-01629 (CKK) |
| ADOBE SYSTEMS, INC.<br>APPLE INC.,<br>GOOGLE INC.,<br>INTEL CORPORATION,<br>INTUIT, INC., and<br>PIXAR | |
| *Defendants.* | |

## CERTIFICATE OF SERVICE

I hereby certify that copies of PIXAR'S REPORT AND CERTIFICATION OF

COMPLIANCE WITH SECTION 2(G) OF THE ANTITRUST PROCEDURES AND

PENALTIES ACT filed with this Court on October 4, 2010, were served by means of the

Court's CM/ECF system to the following party on October 4, 2010:

> FOR THE UNITED STATES
> Ryan Struve
> U.S. Department of Justice
> Antitrust Division
> 450 5th Street, NW, Suite 7100
> Washington, D.C. 20530
> Email: ryan.struve@usdoj.gov

and by means of electronic mail to the following parties on October 6, 2010:

> FOR DEFENDANT ADOBE SYSTEMS, INC.
> Craig Waldman, Esq.
> JONES DAY
> 555 California Street, 26th Floor
> San Francisco, CA 94104
> Email: cwaldman@jonesday.com

FOR DEFENDANT APPLE INC.
Richard Parker, Esq.
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Email: rparker@omm.com

FOR DEFENDANT GOOGLE INC.
Mark Leddy, Esq.
CLEARY GOTTLEIB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C., 20006
Email: mleddy@cgsh.com

FOR DEFENDANT INTEL CORPORATION
Leon B. Greenfield, Esq.
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email: leon.greenfield@wilmerhale.com

FOR DEFENDANT INTUIT, INC.
Joe Sims, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Email: jsims@jonesday.com

/s/ Brian E. Foster
Brian E. Foster