**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>ADOBE SYSTEMS, INC.<br>APPLE INC.,<br>GOOGLE INC.,<br>INTEL CORPORATION,<br>INTUIT, INC., and<br>PIXAR<br><br>　　　　　　*Defendants.* | Case: 1:10-cv-01629 (CKK) |

**DEFENDANT PIXAR'S DISCLOSURE OF**
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

　　Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

　　I, the undersigned, counsel of record for Pixar, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Pixar which have any outstanding securities in the hands of the public.

　　THE WALT DISNEY COMPANY

　　These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ Deborah A. Garza

Deborah A. Garza (D.C. Bar No. 359259)
Brian E. Foster (D.C. Bar. No. 988311)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 662-5146
Fax: (202) 778-5146
Email: dgarza@cov.com

*Counsel for Pixar*

Dated:  October 6, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2010, copies of the foregoing Disclosure of Corporate Affiliations and Financial Interests was served electronically by means of the Court's CM/ECF system to the following parties:

> FOR THE UNITED STATES
> Ryan Struve
> U.S. Department of Justice
> Antitrust Division
> 450 5th Street, NW, Suite 7100
> Washington, D.C. 20530
> Email: ryan.struve@usdoj.gov
>
> FOR DEFENDANT ADOBE SYSTEMS, INC.
> Adrian Wager-Zito, Esq.
> JONES DAY
> 51 Louisiana Avenue, N.W.
> Washington, D.C. 20001
> Email: adrianwagerzito@jonesday.com
>
> FOR DEFENDANT APPLE INC.
> Richard Parker, Esq.
> O'MELVENY & MYERS LLP
> 1625 Eye Street, N.W.
> Washington, D.C. 20006
> Email: rparker@omm.com
>
> FOR DEFENDANT GOOGLE INC.
> Mark Leddy, Esq.
> CLEARY GOTTLIEB STEEN & HAMILTON LLP
> 2000 Pennsylvania Avenue, N.W.
> Washington, D.C., 20006
> Email: mleddy@cgsh.com
>
> FOR DEFENDANT INTEL CORPORATION
> Leon B. Greenfield, Esq.
> WILMERHALE
> 1875 Pennsylvania Avenue, N.W.
> Washington, D.C. 20006
> Email: leon.greenfield@wilmerhale.com

FOR DEFENDANT INTUIT, INC.
Joe Sims, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Email: jsims@jonesday.com

/s/ Brian E. Foster
Brian E. Foster