**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ADOBE SYSTEMS, INC.;<br>APPLE INC.;<br>GOOGLE INC.;<br>INTEL CORPORATION;<br>INTUIT, INC. AND<br>PIXAR,<br><br>*Defendants* | Case No. 1:10-cv-01629 (CKK) |

**LCvR 7.1 AND LCvR 26.1 CERTIFICATE OF
DISCLOSURE OF DEFENDANT GOOGLE INC.**

Certificate required by LCvR 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Google Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Google Inc. which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Dated this 6th day of October 2010.

                                             Respectfully submitted,

                                               s/ Mark Leddy
                                             Mark Leddy, Esq. (DC Bar # 404833)
                                             Leah Brannon, Esq. (DC Bar # 467359)
                                             Cleary Gottlieb Steen & Hamilton LLP
                                             2000 Pennsylvania Avenue, N.W.
                                             Washington, DC 20006
                                             Telephone: (202) 974-1570
                                             Fax: (202) 974-1999
                                             Email: mleddy@cgsh.com

                                             Dana R. Wagner, Esq.
                                             Google Inc.
                                             1600 Amphitheatre Parkway
                                             Mountain View, CA 94043
                                             (650) 253-0000

                                             Kevin Yingling, Esq. (DC Bar # 497963)
                                             Google Inc.
                                             1101 New York Avenue, N.W.
                                             Washington, DC 20005
                                             (202) 346-1100

                                             *Counsel for Google Inc.*

## **CERTIFICATE OF SERVICE**

I, Christina C. Castedo, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 6, 2010, a copy of Defendant Google Inc.'s LCvR 7.1 and LCv.R 26.1 Certificate of Disclosure was served by electronic transmission through the Court's CM/ECF on the following parties:

>Ryan Scott Struve
>UNITED STATES DEPARTMENT OF JUSTICE
>Antitrust Division
>450 5th Street, NW
>Washington, DC 20530
>ryan.struve@usdoj.gov


>Joe Sims
>JONES DAY
>51 Louisiana Avenue, NW
>Washington, DC 20001
>jsims@jonesday.com

>Craig A. Waldman
>JONES DAY
>555 California Street, 26th Floor
>San Francisco, CA 94104
>cwaldman@jonesday.com

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>Richard Parker
>O'MELVENY & MYERS LLP
>1625 Eye Street, NW
>Washington, DC 20006


>Leon B. Greenfield
>WILMERHALE LLP
>1875 Pennsylvania Avenue, NW
>Washington, DC 20006

                    Deborah A. Garza
                    COVINGTON & BURLING LLP
                    1201 Pennsylvania Avenue, NW
                    Washington, DC 20004

Dated: October 6, 2010                                            s/ Christina C. Castedo
                                                                           Christina C. Castedo