# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      Plaintiff        Civil No.     10-1629 (RBW)

vs.

       Category     A

ADOBE SYSTEMS, INC. et al

      Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Oct 7, 2010 from Judge Colleen Kollar-Kotelly to Judge Reggie B. Walton by direction of the Calendar Committee.

(Randomly Reassigned)

**JUDGE ELLEN S. HUVELLE**
Chair, Calendar and Case Management Committee

cc: Judge Reggie B. Walton & Courtroom Deputy

Judge Colleen Kollar-Kotelly & Courtroom Deputy

Liaison, Calendar and Case Management Committee